UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ANN PAYNE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIMON LAYS, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2325 CKD P<br><br><br>ORDER AND<br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

On November 14, 2017, plaintiff was ordered to file a completed in forma pauperis application and a copy of her trust account statement within thirty days and was cautioned that failure to do so would result in dismissal. The thirty day period has now expired, and plaintiff has not responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time

1

may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 26, 2017

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
payn2325.fifp